IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

v.                      **CASE NO. 4:13CR00077-01 BSM**

**TORRENCE D. WHITE**
*a/k/a T-DUB*                                                     **DEFENDANT**

## AMENDED JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order [Doc. No. 26] entered on October 3, 2013, is amended to reflect that the defendant is committed to the custody of the United States Bureau of Prisons for a total term of One Hundred Twenty (120) months which is Sixty (60) months on Count 1 and Sixty (60) months on Count 2 to run consecutively to each other. The Statement of Reasons, Part I is amended to state that the court adopts the presentence investigation report without change.

The clerk is directed to provide a copy of the order to the United States Probation Office and the United States Marshals Service.

All other conditions contained in the original Judgment and Commitment Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 7th day of October 2013.

                                                              UNITED STATES DISTRICT JUDGE